# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Kevin McNulty, U.S. District Judge |
| | : |
| | : Criminal No. 20-316 |
| v. | : |
| | : 18 U.S.C. § 1708 |
| | : 18 U.S.C. § 981(a)(1)(C) |
| RAMSES ESTRADA II | : 28 U.S.C. § 2461(c) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

1. At all times relevant to this Information:

   a. Defendant RAMSES ESTRADA II was employed by the United States Postal Service ("USPS") as a mail carrier.

   b. Defendant RAMSES ESTRADA II delivered mail on a postal route located in Elizabeth, New Jersey, and was employed at the USPS Elizabeth Post Office.

2. From in or about the summer of 2019 to on or about October 22, 2019, defendant RAMSES ESTRADA II stole check books from the mail that were sent by financial institutions to accountholders.

3. From in or about summer 2019 to on or about October 22, 2019, in Union County, in the District of New Jersey, and elsewhere, defendant

**RAMSES ESTRADA II**

1

did steal and take from and out of the mail certain items, to include:  a package of check books addressed to Victim 1, at an address on Bond Street in Elizabeth, New Jersey.

In violation of Title 18, United States Code, Section 1708.

## **FORFEITURE ALLEGATION**

1. The allegations contained in all paragraphs of this Information are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The United States hereby gives notice to defendant

**RAMSES ESTRADA II**

that, upon conviction of the theft of mail matter offense in violation of Title 18, United States Code, Section 1708 charged in this Information, the United States will seek forfeiture, in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of such offense.

3. If by any act or omission of defendant RAMSES ESTRADA II, any of the property subject to forfeiture described above:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c), to seek forfeiture of any other property of defendant RAMSES ESTRADA II up to the value of the above-described forfeitable property.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20-_____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

RAMSES ESTRADA II

INFORMATION FOR
18 U.S.C. § 1708
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

CRAIG CARPENITO
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

ELAINE K. LOU
*ASSISTANT U.S. ATTORNEY*
*973-645-2747*